FILED
CLERK, U.S. DISTRICT COURT

Sept 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG FRANK, *an individual*; and SHERRY FRANK, *an individual*. <br><br> Plaintiffs, <br><br> vs. <br><br> NOVAD MANAGEMENT CONSULTING, LLC; CIMARRON SERVICE CORP. OF NEVADA dba CIMARRON TRUSTEE SERVICES; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, WASHINGTON, D.C.; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No: 2:15-cv-05410-SVW (JEMx) <br><br> Hon. Stephen V. Wilson <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE <br><br> Action removed: July 16, 2015 <br> Trial date: September 20, 2016 |

///

///

TO ALL PARTIES, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

The Stipulation for Dismissal with Prejudice between all parties was submitted to this Court before the Honorable Stephen V. Wilson.

Having considered the Stipulation, the Court, for good cause shown, hereby ORDERS:

1. The action is hereby dismissed with prejudice.

DATED: September 15, 2016

HONORABLE STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE